# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| W. BROOKS WATSON, ET AL. | CIVIL ACTION NO. 17-1331 |
| VERSUS | JUDGE ROBERT G. JAMES |
| ARKOMA DEVELOPMENT, LLC, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 25], and after a *de novo* review of the entire record, including Plaintiffs' objection and Defendants' responses, and concurring with the Magistrate Judge's findings under applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion to Remand [Doc. No. 12] filed by Plaintiffs W. Brooks Watson, Ben M. Watson, Scott H. Watson, and Touchdown Holdings, LLC, is DENIED.

IT IS FURTHER ORDERED that the State of Louisiana is not a party to this litigation and that any reference to the State of Louisiana as a party in this litigation shall be removed.

MONROE, LOUISIANA, this 13th day of March, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE